**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

   **v.**             Case No. 3:03CR140-04/RV

**BONNIE MARIE BURLESON-MOWREY**
_____/

## ORDER REDUCING SENTENCE

  Currently pending is the Government's motion for a reduction of the defendant's sentence under Rule 35(b), Federal Rules of Criminal Procedure.  (Doc.423/424 )  The Government has certified defendant Mowrey's subsequent substantial assistance in the investigation of prosecution of other individuals, so that a reduction of sentence under Rule 35(b) is warranted.

  Upon consideration, I find that the grounds set out in the Government's motion do constitute substantial assistance within the meaning of Rule 35(b), and that the Government's motion should be, and is hereby, GRANTED.  Accordingly, defendant Mowrey's sentence and judgment entered herein on April 22, 2004, is hereby amended and her sentence of imprisonment is reduced from a term of forty (40) months to a term of twenty months (20) months.  In all other respects, the defendant's judgment of April 22, 2004 (doc. 296), remains in full force and effect.

  DONE AND ORDERED this 13th day of July, 2006.

               /s/ *Roger Vinson*
               **ROGER VINSON
               Senior U.S. District  Judge**